United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 31, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————————

No. 03-30444
Summary Calendar

—————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRYL L. WILLIAMS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
(02-CR-48-1-D)
--------------------

Before JOLLY, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Darryl L. Williams appeals his conviction
and sentence for being a felon in possession of a firearm. See 18
U.S.C. § 922(g). Williams contends on appeal that the district
court abused its discretion in denying his motion to withdraw his
guilty plea. Because the district court properly advised him of
the maximum possible penalty for the offense of conviction,
however, Williams cannot prevail on his argument that his reliance
on misinformation from both prosecution and defense counsel about

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the likely period of incarceration rendered the plea involuntary. United States v. Gracia, 983 F.2d 625, 629 (5th Cir. 1993); see also FED. R. CRIM. P. 11(d)(2).

The record indicates that Williams knowingly and voluntarily waived his right to appeal his sentence. See United States v. Portillo, 18 F.3d 290, 292-93 (5th Cir. 1994). As a result, Williams waived his arguments that the district court erred in overruling his objection to the PSR and by applying the cross-reference of § 2K2.1(c).

AFFIRMED.